## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

JOHN H. HALL                                                                                       PLAINTIFF

v.                          CASE NO. 2:21-CV-2083

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc 17) from Chief United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this August 17, 2022.


/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE